Terry Scannell, OSB #853220
*terry@scannellaw.com*
Christopher E. Hayes, OSB #093777
*chris@scannellaw.com*
SCANNELLAW, LLC
7307 SW Beveland Street, Suite 200
Tigard, OR  97223
(503) 776-0806
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LARRY BALCOM**, an individual, by and through his attorney-in-fact, **MARY BARNES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CLINTON PETERSON** and **APRIL PETERSON**, a married couple, and **FORECLOSURE HELP, LLC**, an Idaho Limited Liability Company,<br><br>Defendants. | Case No. 3:23-cv-00528-SB<br><br>**DECLARATION OF TERRY SCANNELL IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO EXTEND DISCOVERY DEADLINES** |

I, Terry Scannell, being first duly and sworn, depose and say:

1. I am the founder and senior attorney of Scannellaw, LLC, counsel of record for the Plaintiffs.  I am over the age of 18 and have knowledge of the facts stated herein and I am competent to testify concerning the same.  The following information is provided in support of Plaintiffs Larry Balcom and Mary Barnes' Third Motion to Extend Discovery Deadlines.

PAGE 1    **DECLARATION OF TERRY SCANNELL IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO EXTEND DISCOVERY DEADLINES**

2. The Plaintiffs requested bank records from Foreclosure Help, LLC, as well as from April and Clinton Peterson.

3. In our letter emailed to Counsel for Defendants on September 26, 2024, we outlined many still outstanding discovery requests including multiple pertaining to bank records. Financial records that were produced were heavily redacted and/or only showed a small snapshot in time in opposition to the length of statements we asked for.

4. On February 23, 2024, Counsel for Defendants stated that Defendants will not produce "any additional bank records."

5. On May 22, 2024, Counsel for Defendants reiterated that they will not produce any bank records for April or Clinton.

DATED:  May 22, 2024.

/s/ Terry Scannell
Terry Scannell, OSB #853220
*terry@scannellaw.com*
Christopher E. Hayes, OSB #093777
*chris@scannellaw.com*
SCANNELLAW, LLC
7307 SW Beveland St. #200
Tigard, OR 97223
(503) 776-0806
*Attorneys for Plaintiffs*

PAGE 2    **DECLARATION OF TERRY SCANNELL IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO EXTEND DISCOVERY DEADLINES**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that the foregoing document is being served this day via E-mail and the Electronic Filing Notice generated by CM/ECF on the parties listed below:

Jeanne Sinnott, OSB #075151
Wildwood Law Group
*jeanne.sinnott@wildwoodlaw.com*
3519 NE 15th Avenue, #362
Portland, Oregon 97212
(503) 564-3049
*Attorney for Defendants*

DATED: Wednesday, May 22, 2024

/s/Terry Scannell
Terry Scannell, OSB #853220
*terry@scannellaw.com*
Christopher E. Hayes, OSB #093777
*chris@scannellaw.com*
SCANNELLAW, LLC
7307 SW Beveland St. #200
Tigard, OR 97223
(503) 776-0806
*Attorneys for Plaintiffs*

PAGE 3    **DECLARATION OF TERRY SCANNELL IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO EXTEND DISCOVERY DEADLINES**