Nicholas J. Henderson, OSB No. 074027
Email: nick@elevatelawpdx.com
ELEVATE LAW GROUP
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
Phone: (503) 417-0500
Fax: (503) 417-0501

*Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **LARRY BALCOM,** an individual, by and through his attorney-in-fact, **MARY BARNES**, attorney-in-fact for Larry Balcom,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**CLINTON PETERSON** and **APRIL PETERSON,** a married couple, and **FORECLOSURE HELP, L.L.C.,** an Idaho Limited Liability Company**, TRUSTED HOME OFFER, L.L.C.,** an Idaho Limited Liability Company, and **JOHN & JANE DOES 1-5,**<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00528-SB<br><br>**NOTICE OF APPEARANCE OF NICHOLAS J. HENDERSON** |

NOTICE IS HEREBY GIVEN, that Nicholas J. Henderson of Elevate Law Group, hereby enters his appearance as counsel for Defendants Clinton Peterson, April Peterson, Foreclosure Help LLC and Trusted Home Offer LLC.

DATED: June 17, 2024.　　　　　　　　　ELEVATE LAW GROUP

　　　　　　　　　　　　　　　　　　　　/s/ Nicholas J. Henderson
　　　　　　　　　　　　　　　　　　　　Nicholas J. Henderson, OSB No. 074027
　　　　　　　　　　　　　　　　　　　　nick@elevatelawpdx.com

Page 1　NOTICE OF APPEARANCE OF NICHOLAS J. HENDERSON
{00669850:2}
**ELEVATE LAW GROUP**
**6000 MEADOWS ROAD, SUITE 450**
**LAKE OSWEGO, OR 97035**
**TELEPHONE (503) 417-0500 • FAX (503) 417-0501**

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the by using the CM/ECF system on June 17, 2024.

     I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

ELEVATE LAW GROUP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Attorney for Defendants Clinton Peterson, April Peterson, Foreclosure Help LLC and Trusted Home Offer LLC.

Page 2   NOTICE OF APPEARANCE OF NICHOLAS J. HENDERSON
{00669850:2}

**ELEVATE LAW GROUP**
**6000 MEADOWS ROAD, SUITE 450**
**LAKE OSWEGO, OR 97035**
**TELEPHONE (503) 417-0500 • FAX (503) 417-0501**